United States Bankruptcy Court
Northern District of California

In re:
Kanan Naimi-Akbar
Debtor

Case No. 16-30054-HLB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0971-3 User: admin Page 1 of 1 Date Rcvd: Dec 16, 2019
Form ID: ODTDSMA Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.
db +Kanan Naimi-Akbar, 545 Pacific Ave, San Francisco, CA 94133-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
Austin P. Nagel on behalf of Creditor BMW Financial Services NA, LLC, service provider for Financial Services Vehicle Trust melissa@apnagellaw.com
Brent D. Meyer on behalf of Debtor Kanan Naimi-Akbar brent@meyerllp.com
David Burchard TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
TOTAL: 4

Form ODTDSMA

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Kanan Naimi−Akbar<br>aka Ramtin Naimi<br>Debtor(s) | Case No.: 16−30054 HLB 13<br>Chapter: 13 |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE AFTER CASE DISMISSAL AND FINAL DECREE**

The above−captioned case having been dismissed by order on 7/29/2019 and the Chapter 13 Trustee Final Report and Account on file showing all required distributions have been made,

IT IS ORDERED THAT:

DAVID BURCHARD is discharged as Chapter 13 Trustee of the estate of the above named Debtor(s), the trustee bond is canceled, and the Chapter 13 case of the above named debtor(s) is closed.

Dated: 12/13/19

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge